**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

   VS                                                    CASE NO.  3:98cr125/RV

WILLIAM EVERETT ROBINSON

**REFERRAL AND ORDER**

Referred to Senior Judge Roger Vinson on   August 9, 2004
Motion/Pleadings:   MOTION for reconsideration of ORDER (doc. 90) Denying [89] Motion: Request to Answer A Question As to A Defect In The Proceedings, Denial of Direct Appeal
Filed by   Defendant   on   8/5/2005   Doc.#   91

RESPONSES:
 United States   on  12/15/2004   Doc.#   309
  on    Doc.#  
_____ Stipulated   _____ Joint Pldg.
_____ Unopposed   _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

  s/Jerry Marbut
LC (1 OR 2)       Deputy Clerk: Jerry Marbut

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this   10th  day of   August  , 2005, that:*
*(a) The relief requested is DENIED.*
*(b)*  

  /s/ *Roger Vinson*
***ROGER VINSON***
***United States District Judge***