**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

 VS                  CASE NO. 3:98cr125-01/RV

WILLIAM EVERETT ROBINSON

### REFERRAL AND ORDER

Referred to Senior Judge Roger Vinson on __December 15, 2008__
Motion/Pleadings: __Motion to Reduce Sentence (re Retroactive Application of Sentencing Guidelines to Crack Cocaine Offense 18 USC 3582)__
Filed by __Defendant__ on __11/30/2009__ Doc.# __112__
RESPONSES:
 __United States__ on __12/14/2009__ Doc.# __113__
          on _____ Doc.# _____

_____ Stipulated   _____ Joint Pldg.
_____ Unopposed   _____ Consented

         WILLIAM M. McCOOL, CLERK OF COURT

         s/Jerry Marbut
LC (1 OR 2)        Deputy Clerk: Jerry Marbut

### *ORDER*

*Upon consideration of the foregoing, it is ORDERED this __15th__ day of __March__, 2010, that:*
*(a) The relief requested is DENIED.*
*(b) The Defendant is not eligible for a sentence reduction under Amendments 706, 711 and 715. He was sentenced to a minimum mandatory term of imprisonment.*

         /s/ *Roger Vinson*
         ***ROGER VINSON***
         ***Senior United States District Judge***