**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA

VS   CASE NO. 3:98cr125-01/RV

WILLIAM EVERETT ROBINSON

**REFERRAL AND ORDER**

Referred to Senior Judge Roger Vinson on __March 29, 2010__
Motion/Pleadings: __Motion for Reconsideration__

Filed by __Defendant__ on __03/29/2010__ Doc.# __115__
RESPONSES:
　　　　　　　　　　　　　　　　on 　　　　　　 Doc.# 　　　　
　　　　　　　　　　　　　　　　on 　　　　　　 Doc.# 　　　　

____ Stipulated　　____ Joint Pldg.
____ Unopposed　　____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

　　　　　　　　　　　　　　　　__s/Jerry Marbut__
LC (1 OR 2)　　　　　　　　Deputy Clerk: Jerry Marbut

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this* __6th__ *day of* __April__ *, 2010, that:*
*(a) The relief requested is DENIED.*
*(b)* _____

　　　　　　　　　　　　　　　　/s/ *Roger Vinson*
　　　　　　　　　　　　　　　　*ROGER VINSON*
　　　　　　　　　　　*Senior United States District Judge*